UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 05-10006-JLT |
| ) | |
| DAVID S. TORRES, ) | |
| Defendant ) | |

## GOVERNMENT'S MOTION TO UNSEAL

The United States Attorney hereby respectfully moves the Court to unseal the complaint bearing docket number 2004 M0549 RBC, the supporting affidavit, the government's predecessor motion to seal those documents, and the Court's order on said motion. As grounds for this motion, the government states as follows: pursuant to the arrest warrant, on December 16, 2004 the defendant was arrested in Miami, Florida; on December 21, 2004 he made an initial appearance before a magistrate judge in the Southern District of Florida and was released on conditions; and, on January 12, 2005 a grand jury returned a three-count indictment against the defendant based on the same offense conduct that was the subject of the complaint. Accordingly, there is no further need for the complaint and related documents, pleading, and order to remain sealed.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
JAMES LANG
Assistant U.S. Attorney

JAN 1 4 2005
ALLOWED
SO ORDERED

Dated: January 12, 2004