
CLARENCE MADDOX,
CLERK OF COURT
301 N. Miami Ave
Miami, Florida 33128
305-523-5280

TRANSMITTAL LETTER

TO: UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
U.S. COURTHOUSE
1 COURTHOUSE WAY #2300
BOSTON, MASSACHUSETTS 02210

RE: USA VS. TORRES

OUR CASE NUMBER 04-3642-BANDSTRA
YOUR CASE NUMBER 04:M549-RBC

DATE:    12/28/04

================================================================

The above-mentioned cause has been transferred to your jurisdiction pursuant to
(Rule 40, 18:3653)

Please find enclosed the following documents:

__X__        Original file

_____        Certified File (pertinent papers only)

__X__        Magistrate Proceedings

_____        CASH Bond   Amount $_____
(Note: Cash is not included in this transmittal and will be forwarded at a later date from the Financial SECTION)

Kindly acknowledge receipt of these documents by RECEIVE STAMPING the enclosed copy of this letter.

Yours sincerely

By__NANCY FLOOD_____
    Deputy Clerk